# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-20557
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 14, 2018

Lyle W. Cayce
Clerk

CARMEN LECHIN,

Plaintiff−Appellant,

versus

UNITED AIRLINES, INCORPORATED,

Defendant−Appellee.

Appeal from the United States District Court
for the Southern District of Texas
No. 4:16-CV-2254

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

Carmen Lechin sued United Airlines for malicious prosecution and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-20557

defamation after she was arrested following an incident aboard an international flight. In a comprehensive Memorandum Opinion and Order, the district court granted summary judgment for United.

Lechin brings three issues on appeal. She complains that the district court denied leave to amend. The court pointed out, however, that the request was made "over seven months after the deadline provided in the court's scheduling order" and that prejudice would result because "the discovery cutoff is now less than three weeks away" and the parties would have to "investigate at least four new claims." The court did not err in denying leave to amend.

Lechin attacks the summary judgment, claiming the district court failed to indulge inferences in her favor. The court announced the proper standard and pointed out that "[s]ince Lechin was indicted by a grand jury, United cannot be liable for malicious prosecution unless it knowingly provided false information." Lechin identified no such source but, as the district court explained, "rel[ies] on unwarranted inferences and conclusory allegations." As for defamation, the court properly found that "there is no record evidence of any specific statement published by United that could serve as the basis for Lechin's defamation claim."

The appeal has no merit. The summary judgment is AFFIRMED, essentially for the reasons amply furnished by the district court.